USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/14/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

FREDDY LASSO-REINA,                      :       05 Civ. 8817 (SHS)

                Petitioner,       :

     -against-                          :       ORDER

GAYLE HAPONICK, Acting Superintendent,   :
Green Haven Correctional Facility
                                         :
                Respondent.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       In a Report and Recommendation dated August 14, 2009, Magistrate Judge Michael H. Dolinger recommended that the petition for a writ of *habeas corpus* be denied. After a *de novo* review of Magistrate Judge Dolinger's Report and Recommendation, and petitioner's objections dated October 13, 2009 to the Report and Recommendation,

       IT IS HEREBY ORDERED that:

       1.     Magistrate Judge Dolinger's "Report and Recommendation" is adopted;

       2.     The petition for a writ of *habeas corpus* is denied, and the action is dismissed;

       3.     As petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; see also Richardson v. Greene, 497 F.3d 212, 217 (2d Cir. 2007); and

4.  Pursuant to 28 U.S.C. § 1915(a) the Court certifies that any appeal from this Order would not be taken in good faith.

Dated: New York, New York
      October 14, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.